54secondhabeas frm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Restoney Robinson, )
                                      )
               Petitioner, )
                                      )    **1:06CV00049**
v                                       )
                                      )
Ms Rachel Young, et al, )
                                      )
               Respondent. )

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a state prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C § 2254, along with the $5.00 filing fee This petition cannot be further processed because court records reveal that petitioner has already attacked the same conviction and sentence in a previous § 2254 petition [No. 2 96CV1] Consequently, petitioner must apply to the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current petition. This is required by 28 U S C. § 2244 See AO 241 (MDNC 3/97), <u>Instructions,</u> ¶ (5), which is enclosed Because of this pleading failure, this particular petition should be dismissed

Petitioner also alleges that his civil rights are being violated, but he has not complied with the pre-filing injunction imposed in C-88-898-S that would allow him to file a civil action raising those claims

**IT IS THEREFORE RECOMMENDED** that this petition be dismissed for failure to apply to the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current petition as is required by 28 U S C. § 2244

**IT IS FURTHER ORDERED** that the clerk shall send petitioner a copy of this recommendation and order and instruction forms for filing Section 2254 petitions in this Court and Motions for Authorization in the court of appeals, an application to proceed <u>in forma pauperis</u> (upon request), and four copies of Section 2254 petition forms (more copies will be sent on request). Petitioner should keep the original and two copies of the Section 2254 petition which can be submitted in this court if petitioner obtains approval from the Fourth Circuit  The Clerk shall return the $5.00 filing fee to petitioner.

                                                /s/ P  Trevor Sharp
                                             United States Magistrate Judge

Date   January 18, 2006

-2-

Case 1:06-cv-00049-WLO-PTS   Document 2   Filed 01/18/2006   Page 2 of 2